■ Kenny Ortega, Respondent, v Saul Gonzalez et al., Appellants, et al., Defendants. [698 NYS2d 476] —Order, Supreme Court, New York County (Sheila Abdus-Salaam, J.), entered January 8, 1999, which denied defendants-appellants' motion for summary judgment dismissing the complaint as barred by the exclusive remedy of workers' compensation, unanimously affirmed, without costs.

The court properly determined that defendants-appellants had not sustained their burden, as movants for summary judgment (*see, Ferrante v American Lung Assn.*, 90 NY2d 623, 630), of establishing the absence of triable issues of fact concerning workers' compensation coverage. Concur—Tom, J. P., Andrias, Saxe and Friedman, JJ.

■ Elizabeth El-Taher, Respondent, v Memorial Hospital for Cancer and Allied Diseases, Appellant. [698 NYS2d 470] —Order, Supreme Court, New York County (Emily Goodman, J.), entered February 6, 1999, which denied defendant's motion for summary judgment, unanimously affirmed, without costs.

A triable issue of fact exists as to whether defendant had constructive notice of the puddle of water in defendant's cafeteria that allegedly caused plaintiff to slip and fall, where the documentary and testimonial evidence demonstrates that this condition may have been observed as much as a half hour prior to the occurrence (*see, Rose v Da Ecib USA*, 259 AD2d 258). Concur—Tom, J. P., Andrias, Saxe and Friedman, JJ.